UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>**TIFFINI COLETTE BELL**<br>        **DEBTOR** | )<br>)<br>)<br>)<br>) | **CASE NO. 24-59290 PMB** |
| **TIFFINI COLETTE BELL**<br><br>        Movant<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**<br><br>        Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CHAPTER 13** |

### OBJECTION TO PROOF OF CLAIM FILED BY INTERNAL REVENUE SERVICE (CLAIM NUMBER 5)

TIFFINI COLETTE BELL, Debtor, files her timely objection to the proof of Claim of the Internal Revenue Service as allowed by 11 USC 502(b) and shows the Court the following:

### PROCEDURAL HISTORY

1.

**Debtor filed this instant case on August 30, 2024.**

2.

**The bar date for government entities was February 26, 2025**

3.

**The Internal Revenue Service was properly noticed with the filing of this instant case.**

4.

**On September 17, 2024, the Internal Revenue Service filed a timely proof of claim.**

5.

On October 4, 2025, the Internal Revenue filed an Amended Proof of Claim.

6.

The Amended Proof of Claim included new tax debt that was not a part of its original tax claim. The claim was in the amount of 56,621.85 for tax 2023.

7.

The Amended Proof of Claim included tax debt for tax year 2024 in the amount of $13,155.91.

## CITIATION OF AUTHORITY AND AGRUMENT

11 USC 502(b)(9) sets for the period for the timely filing of a proof of claim for governmental entities. "A claim of a governmental unit shall be timely filed if it is filed before 180 days after the date of the order for relief. Here the bar date for government entities was February 26,2025. The Internal Revenue filed a timely claim for tax liability on September 17, 2024. The initial claim only included unsecured priority claims and unsecured general claims for income tax liability.

The Internal Revenue Service filed an amendment to its proof of claim on October 4, 2025, almost 14 months after the case was initially filed. The amendment included two additional civil penalties that were not present on the original proof of claim or that would be considered post-petition debts.

Further, the Debtor disputes that she owes a civil penalty in the amount stated in the Proof of Claim. She has not received any notice from the Internal Revenue Service about this penalty prior to the filing of the amended Proof of Claim.

Debtor, hereby requests that the proof of claim of the Internal Revenue Service be disallowed in the amount of $69,777.76.

Date: December 1, 2025

Respectfully submitted

/s/ _____

Tiffini Bell, Debor pro se
2457 Capella Circle SW
Atlanta, GA 30331

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE:<br>**TIFFINI COLETTE BELL**<br>      **DEBTOR** | ) ) ) ) ) | **CASE NO. 24-59290 PMB** |
| **TIFFINI COLETTE BELL**<br>      Movant<br>v.<br>**INTERNAL REVENUE SERVICE**<br>      Respondent | ) ) ) ) ) ) ) ) ) ) ) | **CHAPTER 13** |

The undersigned hereby certifies under penalty of perjury: That I am more than 18 years of age, and that on this day, I served a copy of the within Debtor's "Objection to Prof of Claim and Notice of Hearing" filed in this bankruptcy case and by depositing a copy of same in U.S. Mail with sufficient first class postage affixed thereon in compliance with Bankruptcy Rule 7004 to ensure delivery to:

| |
|---|
| Melissa Davey<br>Chapter 13 Trustee<br>260 W. Peachtree St. NW<br>Suite 200<br>Atlanta, GA 30303 |
| Markous Gayle<br>Internal Revenue Service<br>401 W. Peachtree Street NW<br>M/S 334-D<br>Atlanta, GA 30308-3539 |
| United States Attorney<br>600 Russell B. Russell Building<br>75 Ted Turner Dr. SW<br>Atlanta, GA 30303-3309 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| |
|---|
| Department of Justice, Tax Division<br>Civil Trial Section, Southern Region<br>P.O. Box 14198<br>Ben Frankling Station<br>Washington, DC 2004 |
| United States Attorney General<br>US Department of Justice<br>950 Pennsylvania Avene NW<br>Washington, DC 20530-0001 |

Date: December 1, 2025

                                    Respectfully submitted

/s/ *[signature]*

Tiffini Bell, Debor pro se
2457 Capella Circle SW
Atlanta, GA 30331
tiffinibell@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>**TIFFINI COLETTE BELL**<br>       **DEBTOR**<br>_____<br><br>**TIFFINI COLETTE BELL**<br><br>      **Movant**<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**<br><br>      **Respondent**<br>_____ | **CASE NO. 24-59290 PMB**<br><br><br><br><br><br><br><br><br><br>**CHAPTER 13** |

NOTICE OF HEARING

To: Creditors and Other Parties in Interest

      PLEASE TAKE NOTICE that Debtor has filed an Objection to the Proof of Claim of the Internal Revenue Service and related papers with the Court seeking an order disallowing a claim.

      PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Objection to Proof of Claim on January 8, 2026 at 10:15 am in Courtroom **1202**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person, unless the Court orders otherwise.

      Your rights may be affected by the Court's ruling on these pleadings, You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court,

Suite 1340, 75 Ted Turner Drive, S Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Date: December 1, 2025

                                            Respectfully submitted

/s/ _____

Tiffini Bell, Debor pro se
2457 Capella Circle SW
Atlanta, GA 30331
tiffinibell@gmail.com